FILED

04/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0039

IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No. DA 24-0039

MONTANANS AGAINST IRRESPONSIBLE DENSIFICATION, LLC,

Plaintiff and Appellee,

v.

STATE OF MONTANA,

Defendant and Appellant.

## ORDER GRANTING LEAVE TO PARTICIPATE AS *AMICUS CURIAE*

The Institute for Justice has moved for leave to submit an *amicus curiae* brief in this matter. On consideration of the motion and the other filings in this matter, and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED. Amicus is granted leave to file its amicus brief on or before May 10, 2024.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 30 2024